840 A.2d 257

IN THE MATTER OF THE OPINION OF THE ADVISORY COMMIT-
TEE ON PROFESSIONAL ETHICS, DOCKET NO. 10–2002,JONA-
THAN W. ROMANKOW, ESQUIRE, PETITIONER.

December 1, 2003.

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.